# UNITED STATES OF DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MICHIGAN
# MINUTES

| Case Number | Date | Time | Judge |
|---|---|---|---|
| 1:17-cv-00272-JTN | 9/12/2017 | 2:00 PM – 4:15 PM | Ellen S. Carmody |

## CASE CAPTION

McLane v. Velo Associates, PLC et al

## APPEARANCES

| Attorney: | Representing: |
|---|---|
| Jeffrey David Mapes | Plaintiff(s) |
| Charity A. Olson | Defendant(s) |

## PROCEEDINGS

**NATURE OF HEARING:** Early Settlement Conference held; settlement reached in this case as well as 1:17-cv-00544-RJJ Swan v. Velo Associates, PLC and 17-cv-00493-PLM Weber v. Velo Associates, PLC et al; order regarding dismissal documents to issue.

Portions Digitally Recorded
Deputy Clerk: J. Lenon