UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JENNIFER A. MCLANE,

       Plaintiff,                        Case No. 1:17–cv–00272–JTN–ESC

v.                                   Hon. Janet T. Neff

VELO ASSOCIATES, PLC, et al.,

       Defendants.
_____/

## ORDER

      The Court has been informed of the parties' agreement to settle this matter and hereby orders that appropriate stipulated dismissal papers, prepared for entry by United States District Judge Janet T. Neff, shall be filed with the Court by October 10, 2017.

      IT IS SO ORDERED.

Dated:  September 13, 2017                    /s/ Ellen S. Carmody
                                                  ELLEN S. CARMODY
                                                  U.S. Magistrate Judge