UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| JENNIFER A. MCLANE,<br><br>    Plaintiff,<br><br>v.<br><br>VELO ASSOCIATES PLC d/b/a<br>VELO LAW OFFICE,<br>and SCOTT A. RENNER,<br><br>    Defendant. | Case No.: 1:17-cv-00272-JTN-ESC<br>Hon. Judge Janet T. Neff<br>Magistrate Judge Ellen S. Carmody |

**STIPULATION TO DISMISS WITH PREJUDICE AND WITHOUT FEES OR COSTS**

    Plaintiff Jennifer A. McLane, and Defendants Velo Associates PLC d/b/a Velo Law Office and Scott A. Renner, through their undersigned attorneys of record, being all of the parties who have appeared in this action, stipulate to the immediate dismissal of this lawsuit as to all parties and with prejudice and without attorney's fees or costs to either party.

    Dated: October 16, 2017

| | |
|---|---|
| /s/ Jeffery D. Mapes (with consent)<br>Jeffrey D. Mapes (P70509)<br>Law Office of Jeffrey D. Mapes PLC<br>29 Pearl St., NW, Ste. 305<br>Grand Rapids, MI 49503<br>Tel: (616) 719-3847<br>Fax: (616) 719-3857<br>jeff@mapesdebt.com | /s/ Charity A. Olson<br>Charity A. Olson (P68295)<br>**BROCK & SCOTT, PLLC**<br>2723 S. State St., Ste. 150<br>Ann Arbor, MI 48104<br>Tel: (734) 222-5179<br>Fax: (866) 941-8712<br>Charity.Olson@brockandscott.com |