UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| JENNIFER A. MCLANE,<br><br>    Plaintiff,<br><br>v.<br><br>VELO ASSOCIATES PLC d/b/a<br>VELO LAW OFFICE,<br>and SCOTT A. RENNER,<br><br>    Defendant. | Case No.: 1:17-cv-00272-JTN-ESC<br>Hon. Judge Janet T. Neff<br>Magistrate Judge Ellen S. Carmody |

**ORDER DISMISSING WITH PREJUDICE PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS WITHOUT FEES OR COSTS TO ANY PARTY**

Pursuant to the Stipulation between Plaintiff Jennifer A. McLane and Defendants Velo Associates PLC d/b/a Velo Law Office and Scott A. Renner (ECF No. 18): Plaintiff's Complaint is hereby dismissed with prejudice, and without fees or costs awarded to any party.

This Order resolves all pending claims and closes the case.

**IT IS ORDERED.**

Dated: __October 17, 2017__      ___/s/ Janet T. Neff_____
                                                    Hon. Janet T. Neff
                                                    United States District Court
                                                    Western District of Michigan